UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PALMER HOLDINGS and INVESTMENTS, INC. d/b/a PALMER'S DELIS AND MARKETS, BREADWORKS and SUNSET GOLD,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRITY INSURANCE COMPANY and INTEGRITY PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. _____<br><br>Polk County District Court Case No. LACL 147787<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION AND LOCAL RULE 81 STATEMENT** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION:**

Defendant Integrity Insurance Company, improperly named as "Integrity Insurance Company and Integrity Property & Casualty Insurance Company," (hereinafter "Defendant"), for its Notice of Removal of this action to the United States District Court for the Southern District of Iowa, Central Division, under 28 U.S.C. § 1332 and 28 U.S.C. § 1441, states:

1. On April 24, 2020, Plaintiff Palmer Holdings and Investments, Inc. d/b/a Palmer's Delis and Markets, Breadworks and Sunset Gold (hereinafter "Plaintiff") filed a Petition in the Iowa District Court for Polk County, bearing case number LACL147787, seeking declaratory judgment that they are entitled to

insurance coverage under a policy of insurance issued by the Defendant, as well as damages for breach of contract and bad faith in denying Plaintiff's insurance claim, under Iowa law.  A true and accurate copy of the Petition is attached hereto as Exhibit A.

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a)(1), true and accurate copies of the Original Notices are attached hereto as Exhibit B and C.

3. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a)(1), true and accurate copies of the Returns of Service attached hereto as Exhibit D and E.

4. Defendant has not filed an Answer and no further proceedings have been taken.

5. This Notice is timely filed pursuant to 28 U.S.C. § 1446(b) as Defendant was served with notice of this suit on April 24, 2020.

6. Plaintiff is an Iowa corporation authorized to do business in the State of Iowa, with its principal place of business located in Polk County, Iowa.

7. Defendant Integrity Insurance Company is an Ohio Corporation with its principal place of business in Appleton, Wisconsin, and is authorized to conduct business in the State of Iowa.

8. For the purposes of 28 U.S.C. § 1332, Defendant Integrity Insurance Company is a citizen of the States of Ohio and Wisconsin.

9. Plaintiff alleges damages in excess of $75,000.  *See* Exhibit A.

10. Thus, this Court has diversity jurisdiction under the diversity jurisdiction provisions of 28 U.S.C. § 1332, as Plaintiff alleges damages in excess of $75,000 and there is complete diversity between the parties.

11. Venue is in the United States District Court for the Southern District of Iowa Central Division pursuant to 28 U.S.C. § 1441(a) because the Southern District includes Polk County, Iowa.

12. Defendant is, therefore, entitled to remove this action pursuant to 28 U.S.C. 1441(a).

13. No previous application for relief sought herein has been made to this or any other Court.

14. Pursuant to Local Rule 81, Defendant states that the only matter currently pending is the state court matter removed by this Notice.

15. As required by 28 U.S.C. §1446(d), Defendant has provided written notice of the filing of this Notice of Removal to James Carney and Nicholas Mauro, 303 Locust Street, Suite 400, Des Moines, Iowa, carney@carneyappleby.com & mauro@carneyappleby.com, and will file a copy of this Notice of Removal with the Clerk of the State Court.

**WHEREFORE**, Defendant Integrity Insurance Company gives notice that the above-entitled action now pending in the Iowa District Court is removed to this Court.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By: /s/ Sean M. O'Brien
Sean M. O'Brien  AT0005874
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Phone:  (515) 246-5894
Fax:  (515) 246-5808
E-Mail:  obrien.sean@bradshawlaw.com

ATTORNEYS FOR DEFENDANT

Copy to:

James W. Carney
Nicholas J. Mauro
Carney & Appleby, P.L.C.
303 Locust Street, Suite 400
Des Moines, IA  50309-1770
E-Mail:  carney@carneylawfirmiowa.com
E-Mail:  mauro@carneyappleby.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on May 15 2020 by:

☐ U.S. Mail            ☐ E-Mail
☒ CM/ECF              ☐ Efile
☐ Federal Express     ☐ Other_____

/s/ Donna Henkels

-4-