## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| PALMER HOLDINGS and INVESTMENTS, INC. d/b/a PALMER'S DELIS AND MARKETS; BREADWORKS; SUNSET GOLD,<br><br>         Plaintiffs,<br>v.<br><br>INTEGRITY INSURANCE COMPANY and INTEGRITY PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>         Defendants. | Case No. _____-<br><br><br><br><br>**PETITION AND JURY DEMAND** |

COME NOW the Plaintiffs, and for their Petition at Law and Jury Demand state as follows:

### PARTIES AND JURISDICTION

1.     This Petition is for a civil action in which Plaintiffs seek to recover damages for breach of contract and bad faith caused by Defendants' denial of a business interruption insurance claim, and further seek declaratory relief regarding the coverage provided under Plaintiffs' insurance policy.

2.     Plaintiff Palmer Holdings and Investments, Inc., is an Iowa corporation whose principal place of business is Polk County, Iowa.

3.     Palmer Holdings and Investments, Inc. owns, operates and manages various food and beverage restaurants primarily located in Polk County, including Palmer's Delis and Markets, Breadworks and Sunset Gold.

4.     Upon information and belief, Integrity Insurance Company and Integrity Property & Casualty Insurance Company are authorized to sell property casualty insurance in Iowa.

**Exhibit A**

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

5.      That both Defendants are listed as being licensed in Iowa and have the same address at P. O. Box 539, 2121 East Capitol Drive, Appleton, WI  54911.

6.      The insurance policy at issue was purchased and primarily to be enforced and interpreted in Polk County, Iowa.

7.      The damages giving rise to this Petition are sufficient to meet the jurisdictional requirements for the amount in controversy.

8.      Jurisdiction is conferred upon this Court pursuant to Iowa Code section 602.6101.

9.      Venue is conferred pursuant to Iowa Code section 616.18.

## FACTUAL BACKGROUND

10.      Defendants individually or collectively caused to be issued a business interruption and loss of income policy to the Plaintiffs on October 1, 2019, policy number BP2767901 01.

11.      The policy in question was a blanket business personal  property coverage form providing for coverage that would pay for "direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

12.      Pursuant to the policy, covered causes of loss included "direct physical loss" unless otherwise excluded or limited by the policy.

13.      The policy further provided that Defendants would "pay for the actual loss of Business Income you sustain due to the necessary suspension of your 'operations' during the 'period of restoration'.  The suspension must be cause by direct physical loss of or damage to

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

property at the described premises.  The loss or damage must be cause by or result from a Covered Cause of Loss."

14.      The policy also contains  "Civil Authority" coverage which provides in part, "When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by an action of civil authority that prohibits access to the described premises…."

15.      The policy contains an exclusion providing that Defendants will not pay for loss or damage caused directly or indirectly by any virus that induces or is capable of inducing physical distress, illness or disease.

16.      On or about March 17, 2020, Governor Kim Reynolds issued a governmental Proclamation and Order requiring the closure of restaurants.

17.      Governor Reynolds' March 17, 2020, Order did cause and continues to cause the necessary suspension of Plaintiffs' operations, which in turn has caused Plaintiffs to sustain significant losses to their business income.

18.      As a result of Governor Reynolds' Proclamation, Plaintiffs have been forced to terminate approximately 117 employees who were employed by the insured facilities.

19.      Plaintiffs, in an effort to mitigate their income losses, have attempted to provide curb service, take-out services, or deliveries at three of the insured facilities that have not proven to be financially sustainable.

20.      Plaintiffs collectively have incurred a loss of net income in excess of $50,000 per month and will continue to incur loss of that amount until such time as they are able to completely and fully open.

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

21.     Palmer Holdings and Investments, Inc., and all insureds under policy BP-2767901 01, with the assistance of Plaintiffs' insurance broker, Holmes Murphy & Associates of Waukee, Iowa, submitted a claim for a loss as a result of the Governor of the State of Iowa issuing an Order closing restaurants and food and beverage businesses throughout the State of Iowa.

22.     Plaintiffs have fully complied with their obligations under the policy.

23.     On April 8, 2020 Palmer Holdings and Investments, Inc. received a letter from Integrity Insurance Company stating that Integrity had completed their investigation and have determined that there would be no coverage under the applicable policy for the claim. The denial-of-coverage letter is attached hereto and made a part of the allegations of the Petition.

24.     The purported reason for the denial of coverage as set forth in the declination letter is the policy's exclusion of loss due to a virus, and because there was no "direct physical damage" to property.

25.     No one behalf of Defendants in any manner investigated any of the insured facilities to determine whether the corona virus or any other virus was present in any of the insured facilities.

26.     Plaintiffs have no knowledge of any of the insured facilities being infected with the corona virus or any other virus, nor are they aware of any employee or customer having contracted the corona virus or any other virus at any of the facilities at any time.

27.     That Plaintiffs paid premiums of $18,185.00 for business loss policy.

## COUNT I
## DECLARATORY JUDGMENT AGAINST INTEGRITY INSURANCE COMPANY and INTEGRITY PROPERTY & CASUALTY INSURANCE COMPANY PURSUANT TO IOWA RULES OF CIVIL PROCEDURE 1.1101

28.     Plaintiffs re-allege all of the above paragraphs 1 through 27 as if fully set forth herein.

29.     Plaintiffs claim damages that are covered under the business interruption and loss of income policy issued by the Defendants.

30.     Defendants have denied coverage under policy BP 2767901 01.

31.     An actual justiciable controversy exists between the Plaintiffs and Defendants with regard to whether the loss claimed by Plaintiffs is covered under the policy that has been issued to Plaintiffs.

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment in its favor and against the Defendants, including the relief of:

a.  Entering a Declaratory Judgment acknowledging the rights of the Plaintiffs and obligation of the Defendants under the policy and declaring that the loss claimed by the Plaintiffs is covered under policy BP 2767901 01, and;

b.  Order payment of loss of income as substantiated by the Plaintiffs, and for such other and further relief as the Court deems proper, including costs and attorney fees.

## COUNT II
## BREACH OF CONTRACT

32.     That Plaintiffs re-allege paragraphs 1 through 31 as fully set forth herein.

33.    The necessary suspension of Plaintiffs' operations was and continues to be due to Governor Reynolds' March 17, 2020 Proclamation Order the closure of all restaurants and bars throughout the state.

34.    As a result of Governor Reynolds' Proclamation, Plaintiffs have sustained and continue to sustain direct physical loss of their property as required by the policy, including physical loss of access, customers, use, and utilization for their intended purposes.

35.    The necessary suspension of Plaintiffs' facilities under these circumstances is a covered loss under the policy that is otherwise not excluded.

36.    As a result of this covered loss, Plaintiffs have sustained and continue to sustain significant financial loss of income that is covered under the policy.

37.    That the Plaintiffs provided timely notice to the Defendants and have otherwise complied with all conditions precedent to the coverage under the policy.

38.    That Defendants have denied coverage for the Plaintiffs' claim.

39.    Defendants denial erroneously relies on the virus exclusion contained in the Plaintiffs' policy, which does not operate to exclude coverage under these circumstances.

40.    Likewise, Defendants' denial erroneously states the policy requires "direct physical damage". To the contrary, the policy provides coverage for "direct physical **loss of or** damage".

41.    The term "loss of" is not defined in the policy, and by its inclusion necessarily entails a different definition than the term "damage", otherwise the policy would not distinguish the two.

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

42.     The closure of Plaintiffs' restaurants is a direct physical loss, including physical loss of access, customers, use, and utilization for their intended purposes; however, it is not due to the presence of Coronavirus/Covid-19 in any of Plaintiffs' facilities.

43.     Defendants failed to investigate in any manner the claim of the Plaintiffs and have not determined that there was any coronavirus or any other type of virus in any of the facilities of the Plaintiffs, nor was there any employee or customer infected with the corona virus, or any other virus, at any of the Plaintiffs' facilities.

44.     Defendants have failed to properly apply the policy and compensate the Plaintiffs for the losses provided for under the policy and as a result, have breached their obligations under the policy provisions.

45.     As a direct and proximate result of the Defendants' breach of its contractual obligations under the policy issued, the Plaintiffs anticipate being closed for approximately five months and will have been damaged in an amount in excess of $250,000, exclusive of interest, costs and attorney fees.

WHEREFORE, the Plaintiffs respectfully request that the Court enter judgment in favor of the Plaintiffs and against the Defendants, including the following relief:

a.   An award to the Plaintiffs and against the Defendants in an amount in excess of $250,000, plus pre-judgment interest, and;

b.   Such other and further relief as the Court deems proper, including costs and reasonable attorney fees for having to pursue this matter.

## COUNT III
## CONDUCT OF BAD FAITH

**46.**     The Plaintiffs re-allege paragraphs 1 through 45 as if fully set forth herein.

**47.**     Defendants have a contractual obligation to fully and completely investigate a claim of an insured for policies which they have written and for which they have received commissions.

**48.**     Plaintiffs paid on or about October 1, 2019, an annual premium of $18,185 for business loss of income under policy BP 2767901 01.

**49.**     Defendants denied coverage for Plaintiffs' claim based on a virus exclusion contained in the policy.

**50.**     Defendants failed to make any investigation of the claim and did not inquire if any facility that was insured had any evidence of infestation of the coronavirus or any other virus at any time, or if any employee or customer had become infected with the corona virus or other virus at any time.

**51.**     That there was a complete failure in any manner in good faith to investigate the Plaintiffs' claim and the claim was summarily denied.

**52.**     That the Defendants have acted in bad faith in denying the Plaintiffs' claim.

**53.**     That as a direct and proximate result of Defendants' bad faith in failing to investigate Plaintiffs' claim, Plaintiffs have been damaged in an amount in excess of $250,000, exclusive of costs and attorney fees.

WHEREFORE, the Plaintiffs respectfully request that the Court enter judgment in favor of the Plaintiffs and against the Defendants, including the following relief:

a.  An award to the Plaintiffs against the Defendants in an amount in excess of $250,000, plus pre-judgment interest, and;

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

b.  The award of punitive damages as a result of the Defendants acting in bad faith, and for such other relief as the Court deems proper, including costs and reasonable attorney fees.

## JURY DEMAND

The Plaintiffs hereby make a demand for trial by jury on all issues so triable.

Respectfully submitted,

CARNEY & APPLEBY, P.L.C.

*/s/ James W. Carney*

_____

JAMES W. CARNEY (AT0001327)

*/s/ Nicholas J. Mauro*

_____

NICHOLAS J. MAURO (AT0005007)
303 Locust Street, Suite 400
Des Moines IA 50309-1770
Telephone:  515-282-6803
Facsimile:  515-282-4700
E-mail:  carney@carneyappleby.com
E-mail:  mauro@carneyappleby.com
**ATTORNEYS FOR PLAINTIFFS**

E-FILED   2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT



PO Box 183238
Columbus, OH  43218-3238

TEMP-RETURN SERVICE REQUESTED

April 8, 2020

Joe Palmer
Palmer Holdings & Investments Inc
3723 86TH ST
URBANDALE, IA 50322-4008

Re:  **Claim Number:** ZBZ003174791                    **Primary Insured:**  Palmer Holdings & Investments Inc
     **Date of Loss:**  03/17/2020                          **Policy Number:**  BP 2767901 01

Dear Joe Palmer,

Thank you for taking your time to discuss this claim with me. Our investigation revealed that as of 3/17/2020, you chose to suspend operations due to a decline in sales volume. You attributed this decline in sales due to the restrictions placed on the community to prevent the spread of COVID 19.

Your business has made a claim under the above referenced Insurance Policy for lost business income loss. In order for business income coverage to apply, it must be the result of a covered cause of loss. The applicable Insurance Policy requires there to be direct physical damage to property at the described premises due to a covered cause of loss to trigger coverage. Integrity is not aware of there being direct physical damage to property at the described premises. Therefore, there would be no coverage under the applicable Policy for this claim.

Further, even if the Policy did initially provide for coverage (which in Integrity 's opinion it does not), the policy has an exclusion which excludes coverage for a loss caused by a virus or bacteria. The policy does include Civil Authority coverage; however, the terms of Civil Authority also require direct physical damage by a covered cause of loss. Our coverage determination is based on all information presently available to us

Enclosed with this correspondence are the portions of the Integrity Mutual Insurance Company policy issued to Palmer Holdings & Investments Inc which are identified above. The relevant language from BP 00 03 that supports Integrity Mutual Insurance Company's position is highlighted. Please read the complete policy for its entire terms and conditions there may be other provisions in the Policy which are applicable.

Based upon the foregoing, and after reviewing the information you submitted regarding this claim, we regret to inform you that according to the terms of your Policy, there is no coverage for this business income claim. If you have other relevant information that may affect this coverage determination, please forward it directly to me for immediate review.

As noted above, the referenced section(s) of your Policy may not be the only sections that apply to this claim. Omission of other possibly applicable sections does not waive any Policy conditions or requirements. Other Policy conditions, exclusions or language may apply to this loss, and may further exclude coverage. Integrity Insurance Company hereby reserves all of its rights in relation to raising any other applicable policy provision, condition or exclusion that may affect coverage, and reserves all defenses under the policy and otherwise allowed by law.

LTR CLM-0539

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

Please be aware, your policy states that no one may bring a legal action against us under this insurance unless there has been full compliance with all of the terms of this insurance, and the action is brought within two (2) years after the date on which the direct physical loss or damage occurred.

Please feel free to call me with any questions at the number listed below.

Sincerely,

Rashaan Castillo

Auto Claims Representative
Phone:  800-422-0550 ext. 7244
Fax:  866-256-9203
Email:  castillor@grangeinsurance.com

CC:  Holmes Murphy & Associates

LTR CLM-0539

**INTEGRITY Insurance**

P.O. Box 539

Appleton, Wisconsin 54912-0539

**BUSINESSOWNERS**

**BP 00 03 01 10**

# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

In Section II - Liability, the word "insured" means any person or organization qualifying as such under Paragraph **C.** Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in Section I - Property and Paragraph **F.** Liability And Medical Expenses Definitions in Section II - Liability.

## SECTION I - PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

   a. Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

      (1) Completed additions;

      (2) Fixtures, including outdoor fixtures;

      (3) Permanently installed:

         (a) Machinery; and

         (b) Equipment;

      (4) Your personal property in apartments, rooms or common areas furnished by you as landlord;

      (5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (6) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the buildings or structures;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

   b. Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

      (1) Property you own that is used in your business;

      (2) Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b)**;

      (3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove;

      (4) Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2)**; and

      (5) Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

© Insurance Services Office, Inc., 2009

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

**INTEGRITY Insurance**
**P.O. Box 539**
**Appleton, Wisconsin 54912-0539**

## 2. Property Not Covered

Covered Property does not include:

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b. "Money" or "securities" except as provided in the:

(1) Money And Securities Optional Coverage; or

(2) Employee Dishonesty Optional Coverage;

c. Contraband, or property in the course of illegal transportation or trade;

d. Land (including land on which the property is located), water, growing crops or lawns;

e. Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

(1) Outdoor Property Coverage Extension; or

(2) Outdoor Signs Optional Coverage;

f. Watercraft (including motors, equipment and accessories) while afloat;

g. Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

h. "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other motor vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

i. "Electronic data", except as provided under Additional Coverages - Electronic Data. This Paragraph i. does not apply to your "stock" of prepackaged software.

j. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

## 3. Covered Causes Of Loss

Risks of direct physical loss unless the loss is:

a. Excluded in Paragraph B. Exclusions in Section I; or

b. Limited in Paragraph 4. Limitations in Section I.

## 4. Limitations

a. We will not pay for loss of or damage to:

(1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

(3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

(5) The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

(1) Animals, and then only if they are killed or their destruction is made necessary.

(2) Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

(a) Glass that is part of the exterior or interior of a building or structure;

E-FILED 2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

**INTEGRITY Insurance**
P.O. Box 539
Appleton, Wisconsin 54912-0539

(b) Containers of property held for sale; or

(c) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

(1) $2,500 for furs, fur garments and garments trimmed with fur.

(2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

a. Debris Removal

(1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to Paragraph (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

Example #1

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| | ($10,000 is 20% of $50,000) |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

© Insurance Services Office, Inc., 2009

E-FILED 2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

**INTEGRITY Insurance**

P.O. Box 539

Appleton, Wisconsin 54912-0539

**(iv)** Weight of people or personal property; or

**(v)** Weight of rain that collects on a roof.

**(3)** This Additional Coverage - Collapse does **not** apply to:

**(a)** A building or any part of a building that is in danger of falling down or caving in;

**(b)** A part of a building that is standing, even if it has separated from another part of the building; or

**(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this policy.

**(8)** The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1)** Business Income

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

---

**BP 00 03 01 10**  |  © Insurance Services Office, Inc., 2009  |  **Page 5 of 49**

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

**INTEGRITY Insurance**
P.O. Box 539
Appleton, Wisconsin 54912-0539

**(4)** This Additional Coverage is not subject to the Limits of Insurance of Section I - Property.

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section I - Property.

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**i. Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

**INTEGRITY Insurance**

**P.O. Box 539**
**Appleton, Wisconsin 54912-0539**

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section I - Property.

**j.  Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k.  Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

**l.  Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

© Insurance Services Office, Inc., 2009

BP 00 03 01 10

**INTEGRITY Insurance**

P.O. Box 539

**Appleton, Wisconsin 54912-0539**

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **a. Ordinance Or Law**

   (1) The enforcement of any ordinance or law:

      (a) Regulating the construction, use or repair of any property; or

      (b) Requiring the tearing down of any property, including the cost of removing its debris.

   (2) This exclusion, Ordinance Or Law, applies whether the loss results from:

      (a) An ordinance or law that is enforced even if the property has not been damaged; or

      (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in Paragraphs (1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

      (a) Airborne volcanic blast or airborne shock waves;

      (b) Ash, dust or particulate matter; or

      (c) Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

   **d. Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

   **e. Utility Services**

   The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

   (1) Originates away from the described premises; or

   (2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

   Failure of any utility service includes lack of sufficient capacity and reduction in supply.

INTEGRITY Insurance

P.O. Box 539

Appleton, Wisconsin 54912-0539

However, if excluded loss or damage, as described in Paragraph **(1)** above results in a "specified cause of loss" under Section I - Property, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**i.   "Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)**  When "fungi", wet rot or dry rot result from fire or lightning; or

**(2)**  To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

**j.   Virus Or Bacteria**

**(1)**  Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)**  However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.;**

**(3)**  With respect to any loss or damage subject to the exclusion in Paragraph **(1),** such exclusion supersedes any exclusion relating to "pollutants".

**2.**  We will not pay for loss or damage caused by or resulting from any of the following:

**a.   Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)**  Electrical or electronic wire, device, appliance, system or network; or

**(2)**  Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)**  Electrical current, including arcing;

**(2)**  Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)**  Pulse of electromagnetic energy; or

**(4)**  Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)**  An occurrence that took place within 100 feet of the described premises; or

**(2)**  Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**b.   Consequential Losses**

Delay, loss of use or loss of market.

**c.   Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.   Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e.   Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)**  You do your best to maintain heat in the building or structure; or

**(2)**  You drain the equipment and shut off the supply if the heat is not maintained.

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

| Endorsement | **BP 43** |
|---|---|

**Loss of Refrigeration Coverage**

**Policy Number:**

**This Endorsement Changes The Policy. Please Read It Carefully.**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The Businessowners Coverage Form **SECTION I - PROPERTY** is extended to insure against direct loss by Loss of Refrigeration.

## SCHEDULE*

| Prem. No. | Bldg. No. | Limit of Insurance |
|---|---|---|

A. Paragraph **A.1.**, **Covered Property** is replaced by the following:

1. **Covered Property**

   Covered Property, as used in this endorsement, means the following type of property for which a Limit of Insurance is shown in the above Schedule:

   a. **Perishable Goods**, meaning property that is:

   (1) owned by you and used in your business; or

   (2) owned by others and in your care, custody or control except as otherwise provided in Loss Payment Property loss condition **E.5.d.(3)(b)**.

   However, our payment for loss of or damage to property of others will only be for the account of the owner of the property.

B. Paragraph **A.3.**, **Covered Causes of Loss** is replaced by the following:

   3. **Covered Causes of Loss**

      Loss of Refrigeration, meaning direct loss or damage caused by loss of refrigeration neither expected nor intended.

C. Paragraph **A.6.**, **Coverage Extensions** does not apply to this endorsement.

D. Section **B. Exclusions** other than exclusions **B.1.c., B.1.d.,** and **B.1.f.,** do not apply to this endorsement.

E. Section **D. Deductibles** is replaced by the following:

   **D. Deductibles**

   We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $250. We will then pay the amount of loss or damage in excess of the Deductible, up

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

BK852 (9-2011)

continued...

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

| Endorsement | BP 43 |
| --- | --- |

**Policy Number:**

**Loss of Refrigeration Coverage**

to the applicable Limit of Insurance.

F.  Under Section **E. Property Loss Conditions**, Paragraph **d.** of **Condition 5. Loss Payment** is replaced by the following:

   d.  We will determine the value of Covered Property in the event of loss or damage as follows:

      (1) At actual cash value as of the time of loss or damage, except as provided in (2) below.

      (2) Perishable goods you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

G.  The following is added to the Section **E. Property Loss Conditions** Section:

   This endorsement shall apply only when loss or damage is not covered elsewhere in this policy.

H.  Section **G., Optional Coverages** does not apply to this endorsement.

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

| Endorsement | **BP 72** |
|---|---|

**Automatic Coverage Enhancements**

**This Endorsement Changes The Policy.  Please Read It Carefully.**

This endorsement modifies insurance provided under the following:

     BUSINESSOWNERS COVERAGE FORM

The following changes apply to the BP 00 03 BUSINESSOWNERS COVERAGE FORM, **SECTION I - PROPERTY:**

**1.  Covered Property**

Under Paragraph **A.1.b.**, Business Personal Property located in the open (or in a vehicle) is covered within 1,000 feet of the described premises.

The following coverages are amended under Section **A.**, Paragraph **5. Additional Coverages** in BP 00 03 BUSINESSOWNERS COVERAGE FORM, **SECTION I - PROPERTY:**

**c.  Fire Department Service Charge**

Paragraph **5.c.** is deleted and replaced by the following:

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $15,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**f.  Extended Business Income**

Paragraph **5.f.(2)(a)(ii)ii** is deleted and replaced by the following:

**ii.** 60 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

The following coverages are added to Section **A.**, Paragraph **5. Additional Coverages** in BP 00 03 BUSINESSOWNERS COVERAGE FORM, **SECTION I - PROPERTY:**

Policy Number:

**s.  Newly Acquired or Constructed Property - Business Income**

**a.** You may extend your Business Income Coverage to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay for loss under this extension is $5,000 at each location.

**c.** Insurance under this Additional Coverage for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

**t.  Arson Reward**

We will pay on your behalf up to $5,000 for information which leads to an arson conviction in connection with a fire loss covered under this policy. Regardless of the number or persons involved in providing this information, our liability under this Additional Coverage will not exceed $5,000 for any one fire loss.

**u.  Appurtenant Structures**

You may extend the insurance that applies to Building to apply to your unscheduled storage buildings, garages and other appurtenant structures, except outdoor fixtures, at the described premises. The most we will pay for Building loss or damage  under this Extension is $50,000, for any one loss.

You may extend the insurance that applies to Business Personal Property to apply to such property in your storage buildings, garages and other appurtenant structures at the described premises. The most we will pay for Business Personal Property under this Extension is $5,000, for any one loss.

The following paragraphs represent increases in coverage contained in BP 00 03 BUSINESSOWN-ERS COVERAGE FORM, **SECTION I - PROPERTY** in Paragraph 6. **Coverage Extensions:**

*CK1040 (7-2013)*

*continued...*

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

| Endorsement | BP 72 |
|---|---|

**Policy Number:**

**Automatic Coverage Enhancements**

**a. Newly Acquired Or Constructed Property**

(1) The last paragraph of **6.a.(1) Buildings** is deleted and replaced by the following:

The most we will pay for loss or damage under this Extension is $500,000 at each building.

(2) The last paragraph of **6.a.(2) Business Personal Property** is deleted and replaced by the following:

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(3) Paragraph **6.a.(3)(b)** of Period of Coverage is deleted and replaced by the following:

(b) 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**c. Outdoor Property**

Paragraph 6. (c.) Outdoor Property is deleted and replaced by the following:

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), light poles, trees, shrubs and plants, including debris removal expense. Loss of damage must be caused by or result from any of the following causes of loss:

(1) Fire;
(2) Lightning;
(3) Explosion;
(4) Riot or Civil Commotion; or
(5) Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

**f. Accounts Receivable**

Paragraph 6.**f.**(2) is deleted and replaced by

the following:

The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

The following coverage is added to Paragraph 6. Coverage Extensions in BP 00 03 BUSINESSOWN-ERS COVERAGE FORM, **SECTION I - PROPERTY:**

**g. Food Spoilage Coverage**

You may extend the insurance provided under this Coverage Form to insure against direct physical loss or damage by a Covered Cause of Loss, but only with respect to this Coverage Extension, to Food Stock or Food Merchandise, meaning property that is:

(1) Owned by you and held for sale or sold but not delivered, including property of others that is in your care, custody or control; and

(2) Which is contained in any refrigeration unit at the premises described in the Declarations.

This Extension does not apply to loss or damage to heating, refrigerating, cooling or humidity control equipment.

As used in this Extension only, Covered Causes of Loss means:

(1) Breakdown or Contamination, meaning:

(a) Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

(b) Contamination by the refrigerant.

(2) Power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due

E-FILED  2020 APR 24 9:33 AM POLK - CLERK OF DISTRICT COURT

| Endorsement | **BP 72** |
|---|---|

**Automatic Coverage Enhancements**

Policy Number:

to conditions beyond your control.

With respect to **Coverage Extension g. Food Spoilage**, the following are deleted from paragraph **B. Exclusions** contained in **SECTION I - PROPERTY** of BP 00 03 BUSINESSOWNERS COVERAGE FORM:

(1) **B.1.e. Utility Services**
(2) **B.2.a. Electrical Apparatus**
(3) **B.2.1.(6), B.2.1.(7)(a)** and **B.2.1.(7)(b)** under **Other Types Of Losses**:

The following **Exclusions** are added, but only with respect to **Coverage Extension g. Food Spoilage**:

We will not pay for loss or damage under this Coverage Extension resulting from:

(1) The disconnection of any refrigerating, cooling or humidity control system from the source of power; or

(2) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

The most we will pay under **Coverage Extension g. Food Spoilage** is $25,000 in any one occurrence.

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $500. We will then pay the amount of loss or damage in excess of $500, up to the limit of insurance provided by this Extension.

This Extension shall apply only when loss or damage is not covered by Equipment Breakdown insurance, whether included in this policy or not, or by any other part of this policy.

The following paragraphs represent expansions of coverage contained in BP 00 03 BUSINESSOWNERS COVERAGE FORM, SECTION I - PROPERTY, G. Optional Coverages:

Paragraph **G.1. Outdoor Signs** is deleted and replaced by the following:

1. **Signs**

    a. We will pay for all direct physical loss of or damage to all signs at the described premises:

    (1) Owned by you; and
    (2) Owned by others in your care, custody or control.

    b. Paragraph **A.2.e** Property Not Covered,

    Paragraph **A.3.** Covered Causes of Loss and Paragraph **B.** Exclusions do not apply to this Optional Coverage except for:

    (1) Paragraph **B.1.c. Governmental Action**;
    (2) Paragraph **B.1.d. Nuclear Hazard**; and
    (3) Paragraph **B.1.f. War and Military Action**.

    c. We will not pay for loss or damage resulting from:

    (1) Wear and tear;
    (2) Hidden or latent defect;
    (3) Rust;
    (4) Corrosion; or
    (5) Mechanical breakdown.

    d. Insurance provided by this Optional Coverage is subject to the limit of insurance stated on the Declarations for Business Personal Property or the Building Limit if there is no Business Personal Property, per occurrence.

    e. The provisions of this Optional Coverage supersede all other references to signs in this policy.

2. **Money And Securities**

    Paragraphs **G.2. c.(1)** and **(2)** are deleted and replaced by the following:

    c. The most we will pay for loss in any one occurrence is:

    (1) $5,000 or the limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

    (a) In or on the described premises; or
    (b) Within a bank or savings institution; and