UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PALMER HOLDINGS and INVESTMENTS, INC. d/b/a PALMER'S DELIS AND MARKETS, BREADWORKS and SUNSET GOLD,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRITY INSURANCE COMPANY and INTEGRITY PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:20-cv-00154-CRW-CFB<br><br>**INTEGRITY INSURANCE COMPANY'S FEDERAL CIVIL RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED AND SUBSTITUTED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

Now comes Defendant, Integrity Insurance Company, ("Integrity"), improperly named as "Integrity Insurance Company and Integrity Property & Casualty Insurance Company," and respectfully moves this Court to Dismiss Plaintiff's First Amended and Substituted Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Integrity submits that the Plaintiff's Amended Complaint fails to state a claim upon relief may be granted. Integrity moves this Honorable Court for a declaration that, as a matter of law, Plaintiff is not entitled to coverage under the Integrity policy at issue and so Integrity neither breached its contract nor acted in bad faith in denying Plaintiff's claim. A Brief in Support of Integrity's Motion is attached hereto.

BRADSHAW, FOWLER, PROCTOR &
FAIRGRAVE, P.C.

By: /s/ Sean M. O'Brien (per e-mail authority)
Sean M. O'Brien (AT0005874)
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
(515) 246-5894   Fax: (515) 246-5808
E-Mail: obrien.sean@bradshawlaw.com

        GALLAGHER, GAMS, TALLAN,
        BARNES & LITTRELL L.L.P.

By: /s/ James R. Gallagher
   JAMES R. GALLAGHER (0025658)
   471 East Broad Street, 19th Floor
   Columbus, Ohio  43215-3872
   (614) 228-5151  Fax: (614) 228-0032
   E-mail: jgallagher@ggtbl.com

TIMONEY KNOX, LLP

By: /s/ William O. Krekstein (per e-mail authority)
   WILLIAM O. KREKSTEIN
   400 Maryland Drive
   Fort Washington, PA 19034
   (215) 646-6000  Fax: (215) 646-0379
   E-Mail: wkrekstein@timoneyknox.com

   Attorneys For Defendants

Copies to:

James W. Carney
Nicholas J. Mauro
Carney & Appleby, P.L.C.
303 Locust Street, Suite 400
Des Moines, IA 50309-1770
E-Mail: carney@carneylawfirmiowa.com
E-Mail: mauro@carneyappleby.com