UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PALMER HOLDINGS and INVESTMENTS, INC. d/b/a PALMER'S DELIS AND MARKETS, BREADWORKS and SUNSET GOLD,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRITY INSURANCE COMPANY and INTEGRITY PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:20-cv-00154-JAJ-HCA<br><br>**INTEGRITY INSURANCE COMPANY'S MOTION TO STRIKE AFFIDAVITS ATTACHED TO PLAINTIFF'S RESISTANCE TO MOTION TO DISMISS** |

Now comes Defendant, Integrity Insurance Company, ("Integrity"), improperly named as "Integrity Insurance Company and Integrity Property & Casualty Insurance Company," and respectfully moves this Court to Strike the Affidavits of Susan Voss and Elizabeth Robertson attached to Plaintiff's Resistance to Integrity's Motion to Dismiss:

1. Integrity filed a Motion to Dismiss Plaintiff's First Amended and Substituted Complaint and Jury Demand on October 2, 2020.

2. On October 23, 2020, Plaintiff filed a Resistance to Motion to Dismiss.

3. Plaintiff attached Affidavits from Professor Elizabeth Robertson and Susan Voss to the Resistance, as Exhibits 1 and 2, respectively.

4. The Affidavits were prepared after Integrity filed its Motion to Dismiss, and were created for the purpose of substantiating matters alleged in Plaintiff's First Amended and Substituted Complaint.

5. Such Affidavits constitute "matters outside the pleadings" that cannot be considered when deciding a Motion to Dismiss.

6. Iowa law precludes purported contract interpretation experts as the interpretation of a contract is an issue of law solely for the court to decide.

7. Accordingly, Integrity respectfully requests that this Honorable Court strike the Affidavits.

8. A Brief in Support of this Motion is attached hereto.

WHEREFORE, the Defendant Integrity respectfully requests that this Honorable Court strike the Affidavits, and disregard them when ruling upon the pending Motion to Dismiss.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By: /s/ Sean M. O'Brien (per e-mail authority)
Sean M. O'Brien (AT0005874)
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
(515) 246-5894   Fax: (515) 246-5808
E-Mail: obrien.sean@bradshawlaw.com

GALLAGHER, GAMS, TALLAN, BARNES & LITTRELL L.L.P.

By: /s/ James R. Gallagher
JAMES R. GALLAGHER (0025658)
471 East Broad Street, 19th Floor
Columbus, Ohio  43215-3872
(614) 228-5151  Fax: (614) 228-0032
E-mail: jgallagher@ggtbl.com

TIMONEY KNOX, LLP

By: /s/ William O. Krekstein (per e-mail authority)
WILLIAM O. KREKSTEIN
400 Maryland Drive
Fort Washington, PA 19034
(215) 646-6000  Fax: (215) 646-0379
E-Mail: wkrekstein@timoneyknox.com

Attorneys For Defendants

Copies to:

James W. Carney
Nicholas J. Mauro
Carney & Appleby, P.L.C.
303 Locust Street, Suite 400
Des Moines, IA 50309-1770
E-Mail: carney@carneylawfirmiowa.com
E-Mail: mauro@carneyappleby.com