# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date: _1/5/2021_____     Case No: ____4:20-cv-00154-JAJ-HCA_____

Case Caption: ___Palmer Holdings and Investments, Inc. v. Integrity Insurance Company et al.___

Notice is hereby given that _Palmer Holdings and Investments, Inc._____ appeals to the:

[X] US Court of Appeals for the Eighth Circuit          [ ] IASD District Court Judge

from the Judgment/Order entered in this action on __12/8/2020_____.

## Transcript Order Form:

Please prepare a transcript of:

[ ] Plea Hearing          [ ] Sentencing          [ ] Trial

[ ] Other Hearing(s) on _____

I am not ordering a transcript because: _The case was dismissed on the pleadings without oral argument_

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: _____Nick Mauro_____     Date: _1/5/2021_____

Address: __303 Locust St. #400, Des Moines, IA 50309_____

Phone Number: __515-282-6803_____